IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LOUD RECORDS LLC, a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DOES 1 - 3,<br><br>Defendants. | CIVIL ACTION No._____ |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

The following company is the parent of Plaintiff ARISTA RECORDS LLC: BMG Music, a New York general partnership.

The following company is the parent of Plaintiff ATLANTIC RECORDING CORPORATION: Warner Music Group Corp., which. is publicly traded in the U.S.

The following company is the parent of Plaintiff CAPITOL RECORDS, INC.: EMI Group PLC., which is publicly traded in the U.K.

The following company is the parent of Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.: Warner Music Group Corp., which is publicly traded in the U.S.

The following company is the parent of Plaintiff INTERSCOPE RECORDS: Vivendi S.A., which is publicly traded in France.

The following companies are parents of Plaintiff LOUD RECORDS LLC: SONY BMG MUSIC ENTERTAINMENT; Sony Music Entertainment Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of Plaintiff MOTOWN RECORD COMPANY, L.P.: Universal Music Group, Inc .and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of Plaintiff SONY BMG MUSIC ENTERTAINMENT: Bertelsmann AG and Sony Corporation. Sony Corporation is publicly traded in the U.S.

The following company is the parent of Plaintiff UMG RECORDINGS, INC.: Vivendi S.A., which is publicly traded in France.

The following company is the parent of Plaintiff WARNER BROS. RECORDS INC.: Warner Music Group Corp., which is publicly traded in the U.S.

The following companies are parents of Plaintiff ZOMBA RECORDING LLC: SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

DATED: November 28, 2007

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC