AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**District of Delaware** |
|---|---|
| DOCKET NO. | DATE FILED | **844 N. King Street**<br>**Wilmington, DE 19801** |

| PLAINTIFF<br>**ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC.;**<br>**ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LOUD RECORDS LLC;**<br>**MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG**<br>**RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 3** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | See Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**IP Address:** 165.106.153.123 2007-02-25 16:24:35 EST          **CASE ID#** 119678477

**P2P Network:** Gnutella          **Total Audio Files:** 1165

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| UMG Recordings, Inc. | Aerosmith | Crazy | Get A Grip | 153-061 |
| UMG Recordings, Inc. | Nelly | Hot in Herre | Nellyville | 315-537 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| Motown Record Company, L.P. | 98 Degrees | Because Of You | 98 Degrees & Rising | 237-315 |

# EXHIBIT A

**IP Address:** 165.106.208.67 2007-01-23 17:26:08 EST          **CASE ID#** 115738761

**P2P Network:** AresWarez          **Total Audio Files:** 762

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Telling Stories | Telling Stories | 278-226 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Her Town Too | Her Town Too (single) | 26-497 |
| Elektra Entertainment Group Inc. | Tracy Chapman | All That You Have Is Your Soul | Cross Roads | 110-722 |
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Capitol Records, Inc. | Radiohead | 2+2=5 (The Lukewarm.) | Hail to the Thief | SRu494-560 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |

# EXHIBIT A

**IP Address:** 165.106.221.118 2007-05-16 20:34:14 EDT          **CASE ID#** 129369500

**P2P Network:** Gnutella                                        **Total Audio Files:** 811

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Capitol Records, Inc. | Duran Duran | Rio | Rio | 38-444 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Stop Crying Your Heart Out | Heathen Chemistry | 317-091 |
| UMG Recordings, Inc. | Kanye West | Workout Plan | College Dropout | 347-391 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| Capitol Records, Inc. | Keith Urban | Somebody Like You | Golden Road | 323-344 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Stand By Me | Be Here Now | 243-629 |